## SENTENCING MINUTES

| | |
|---|---|
| Date: 2/13/2026 | Judge: **LEONIE M. BRINKEMA** |
| Time: 10:20-10:33 (00:13) | Reporter: S. Austin |
| | Courtroom Deputy K. Galluzzo |
| | Case Number: 1:25cr00046-001 |

| | |
|---|---|
| UNITED STATES OF AMERICA | Counsel/Govt: Gavin Tisdale, Garrett Coyle |
| v. | |
| **ELEVIEW INTERNATIONAL INC.** | Counsel/Deft: Gregory Hunter |

Court adopts PSI (X)   without exceptions ( )   with exceptions: (X)
- The PSR is amended to correct the total value of $1,371,402.00 for the Kazakhstan shipments.

**SENTENCING OPTIONS:**
Restitution: Not applicable
Fine: Up to $1,000,000
Probation: 1 to 5 years
Special Assessment $400

**JUDGMENT OF THE COURT:**
- Probation for 3 Years, with special conditions: see below.
- $125,000 fine imposed. See plea agreement for payment schedule.
- Special Assessment $400
- Oleg Nayandin allocutes on behalf of organization defendant.

**SPECIAL CONDITIONS**:

1. The defendant organization shall pay the fine in accordance with the schedule agreed to in the Plea Agreement. A payment of $5,000 is due within 10 days from the sentencing date. The payments of $10,000, to be paid every three months, begin 30 days from the sentencing date.

2. The defendant organization shall, upon request by the probation officer or at any other interval specified by the court, provide the probation officer with access to any requested financial information and submit reports on the organization's financial condition and results of business operations.

3. The defendant organization's officers and employees, including Oleg Nayandin and Vitaliy Borisenko, shall complete export compliance training within three months from the date the plea agreement is accepted by the Court, and shall complete export compliance training annually during the three-year probationary period for a total of three compliance trainings. Before the defendant organization's officers and employees attend a compliance training course or program, the defendant organization shall notify the Office of Export Enforcement, Special Agent in Charge of the Washington Field Office, of the course or program they have selected to attend. No later than one month after attending the compliance training course or program, the defendant organization shall submit a certification of attendance from the training provider to the Office of Export Enforcement, Washington Field Office, 45610 Woodland Road, Suite 425, Sterling, VA 20166 and to the probation officer.

4. Beginning six calendar months from the date of the defendant organization's sentencing and every six months during the term of probation, the defendant organization, by the defendant organization's President and Chief Executive Officer, or an executive officer substantively responsible for the defendant organization's operations, will certify to the United States, in the form of executing the document attached as Attachment B to the Plea Agreement, that the defendant organization has complied with its obligations under the Plea Agreement. Each certification will be deemed a material statement and representation by the defendant organization to the executive branch of the United States for purposes of 18 U.S.C. §§ 1001 and 1519 and 50 U.S.C. § 4819(a)(2)(F), and it will be deemed to have been made in the judicial district in which the Plea Agreement was filed.