# SENTENCING MINUTES

| | |
|---|---|
| Date: 2/13/2026 | Judge: **LEONIE M. BRINKEMA** |
| Time: 9:55-10:20 (00:25) | Reporter: S. Austin |
| | Courtroom Deputy K. Galluzzo |
| | Case Number: 1:25cr00046-003 |

UNITED STATES OF AMERICA          Counsel/Govt: Gavin Tisdale, Garrett Coyle

v.

**VITALIY BORISENKO**          Counsel/Deft: Ann Rigby

Court adopts PSI (X)          without exceptions ( )          with exceptions: (X)
- Thee PSR is amended to correct the total value of $1,371,402.00 for the Kazakhstan shipments.

**SENTENCING GUIDELINES:**
Offense Level: 21
Criminal History: I
Imprisonment Range: 37 to 46 months
Supervised Release Range: Not more than 3 years
Fine Range: $20,000 to $1,000,000
Special Assessment $100

**JUDGMENT OF THE COURT:**
- BOP for 12 months and 1 day with credit for time served.
- Supervised Release for 3 Years, with special conditions: see below.
- No punitive fines/costs of incarceration/costs of supervision imposed.
- Special Assessment $100
- Defendant advised he may have the right to appeal.
- Defendant allocutes.

**SPECIAL CONDITIONS:**

1. The defendant shall complete export compliance training within three months from the date of the Court's acceptance of the Plea Agreement, and shall complete export compliance training annually for three years for a total of three compliance trainings. Before the defendant attends a compliance training course or program, the defendant shall notify the Office of Export Enforcement, Special Agent in Charge of the Washington Field Office, of the course or program they have selected to attend. No later than one month after attending the compliance training course or program, the defendant shall submit a certification of attendance from the training provider to the Office of Export Enforcement, Washington Field Office, 45610 Woodland Road, Suite 425, Sterling, VA 20166 and to his probation officer.

2. Although mandatory drug testing is waived pursuant to 18 U.S.C. §3563(a)(4), defendant must remain drug free, and his probation officer may require random drug testing at any time and if positive must comply with any testing and/or treatment as directed by the Probation Office.

**RECOMMENDATIONS to BOP:**
X          Dft. To be designated to:  a camp as close to Northern Virginia as possible

Deft: ( ) Remanded     (X) Cont'd on Bond to Self-Surrender     ( ) Referred to USPO     ( ) Immediate Deportation