IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELEVIEW INTERNATIONAL INC., et al.,<br><br>Defendants. | Case No. 1:25-CR-46 (LMB) |

### ORDER

Upon the motion of the United States to dismiss Counts Two through Four, Six through Nine, and Eleven through Seventeen of the Indictment, it is hereby,

ORDERED that Counts Two through Four, Six through Nine, and Eleven through Seventeen of the Indictment (ECF No. 27) are hereby DISMISSED.

SO ORDERED.

Date: 2/13/26
Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge